**GINES**

v.

**EDWARDS**

20170294

Supreme Court of Utah.

06-16-2017

20150259

Petition for Writ of Certiorari Denied.

**C504750P**

v.

**BAKER**

20170327

Supreme Court of Utah.

06-23-2017

20150826

Petition for Writ of Certiorari Denied.

**GILLETT**

v.

**BROWN**

20170313

Supreme Court of Utah.

06-16-2017

20140682, 391 P.3d 1055

Petition for Writ of Certiorari Denied.

**STATE**

v.

**MOOSMAN**

20170111

Supreme Court of Utah.

05-05-2017

20150588, 391 P.3d 395

Petition for Writ of Certiorari Denied.